**Order entered March 19, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00272-CV**

**IN THE INTEREST OF S.A.B. AND B.M.B., CHILDREN**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54998-2014**

## ORDER

This accelerated appeal involves the termination of appellant's parental rights. The reporter's record is overdue and appellant has filed a Statement of Inability to Afford Payment of Court Costs. *See* TEX. R. CIV. P. 145(a). By letter dated March 12, 2020, Destiny Moses, Official Court Reporter for the 416th Judicial District Court, notified the Court that she has filed a contest to appellant's Statement of Inability and that it is set for hearing in the trial court on March 26th. *See* TEX. R. CIV. P. 145(f)(3),(5).

Because this appeal involves the termination of parental rights and must be disposed of within 180 days of the date the notice of appeal was filed, we **ORDER**

Ms. Moses to file the reporter's record on or before **March 30, 2020**.  *See* TEX. R. APP. P. 2; TEX. R. JUD. ADMIN. 6.2(a).  The trial court may conduct the hearing on the contest as scheduled.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Thompson, Presiding Judge of the 416th Judicial District Court; Ms. Moses; and all parties.

/s/    KEN MOLBERG
        JUSTICE